UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Loren J. Zutz and Elden J. Elseth,

    Plaintiffs,

v.                                        Civil No. 08-958 (JNE/RLE)
                                          ORDER

John Nelson, Arlyn Stroble, Nick Drees,
Douglas Kamrowski, RoughRider Legal
Support Services, Inc., and Danny Omdahl,

    Defendants.

In an Order dated December 1, 2008, the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, denied Plaintiffs' motion to amend their Complaint. Plaintiffs objected. Having reviewed the record, the Court affirms the magistrate judge's Order because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2006); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a). Therefore, IT IS ORDERED THAT:

1.     The magistrate judge's December 1, 2008, Order [Docket No. 85] is AFFIRMED.

Dated: January 14, 2009

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge